UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICENTE M. ARCEGA, | ) | No. CV 07-5985-VAP(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MIKE EVANS CAREY (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: February 14 2008

VIRGINIA A. PHILLIPS
United States District Judge